[No. 58928-8-I.   Division One.   July 30, 2007.]

PERKINS COIE, LLP, *Respondent*, v. MADISON GROUP, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-40873-1, John P. Erlick, J., entered September 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59018-9-I.   Division One.   July 30, 2007.]

CITIBANK SOUTH DAKOTA, NA, *Respondent*, v. STEPHEN D. CRAMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-09022-5, Michael Heavey, J., entered September 29, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 59586-5-I; 58734-0-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS B. TEETS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 06-8-01539-0, Carol A. Schapira, J., entered January 26, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 32466-1-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN A. PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00362-8, Toni A. Sheldon, J., entered October 28, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.